**MCDERMOTT WILL & EMERY LLP**
Darren Azman
Joseph B. Evans
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

**MCDERMOTT WILL & EMERY LLP**
Charles R. Gibbs (admitted pro hac vice)
Grayson Williams (admitted pro hac vice)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098

**MCDERMOTT WILL & EMERY LLP**
Gregg Steinman (admitted pro hac vice)
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131-2184
Telephone: (305) 329-4473
Facsimile: (305) 503-8805

-and-

**ASK LLP**
Marianna Udem
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427

**ASK LLP**
Brigette G. McGrath
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665
Facsimile: (651) 406-9676

*Counsel to Paul R. Hage, as the Plan Administrator for the Voyager Wind-Down Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*:<br><br>VOYAGER DIGITAL HOLDINGS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10943 (MEW)<br><br>(Jointly Administered) |

[1] The Wind-Down Debtor in these chapter 11 cases consists of Voyager Digital Holdings, Inc. (7687), Voyager Digital Ltd. (7224), and Voyager Digital, LLC (8013). The Wind-Down Debtors' service address is 27777 Franklin, Suite 2500, Southfield, MI 48034.

| PAUL R. HAGE, as Plan Administrator for the Voyager Wind-Down Debtor,<br>Plaintiff,<br>v.<br>Defendants Listed on Exhibit A,<br>Defendants. | Adv. Pro. No. See Exhibit A |
|---|---|

**NOTICE OF ADJOURNMENT**

**PLEASE TAKE NOTICE** that the Pre-Trial Conference in the above-captioned adversary proceeding, initially scheduled for August 14, 2024 at 10:00 a.m., has been adjourned to September 17, 20214 at 11:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Michael E. Wiles, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408, Courtroom #617.

**PLEASE TAKE FURTHER NOTICE** that the Pre-Trial will be conducted in a hybrid format that will permit either in-person attendance or remote participation. Any parties wishing to participate in the Hearing remotely must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are available at https://help.courtsolutions.com/hc/en-us.

Dated: July 31, 2024
New York, New York

**ASK LLP**

*/s/ Brigette G. McGrath*
Marianna Udem
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
Email: mudem@askllp.com

-and-

Brigette G. McGrath
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665
Facsimile: (651) 406-9676
Email: bmcgrath@askllp.com

*Counsel to Paul R. Hage, as the Plan Administrator for the Voyager Wind-Down Debtor*

# Exhibit “A”

| Company Name | Adversary No. |
|---|---|
| Alex K. Cheung | 24-01439 |
| Alex Spencer Jaffe | 24-01440 |
| Alexander Seth Kassan | 24-01441 |
| Andrew Ross Graves | 24-01442 |
| Anthony J. Moliterno | 24-01443 |
| Aviad Haimi Cohen | 24-01444 |
| Baron Digital Large Cap Fund, LLC | 24-02282 |
| Brent H. Muha | 24-01445 |
| Caleb Solomon Frankel | 24-01446 |
| Charles Robert Gentry | 24-01447 |
| Christopher Andrew Losacco | 24-01449 |
| Christopher James Heyen | 24-01450 |
| Curtis Dwayne Haines | 24-01453 |
| David W. Braden | 24-01455 |
| David William Shoemaker | 24-02286 |
| Dimitry L. Kirsanov | 24-01457 |
| Domenick E. Italiano | 24-01460 |
| Erik D. Braden | 24-01462 |
| George Robert Trosley III | 24-01468 |
| Gerald David Medina | 24-01471 |
| Gheracha Phomsouvanh aka Jay Phomsouvanh | 24-01473 |
| Graham Asher Friedman | 24-01475 |
| Heather Rochelle Rawe | 24-01477 |
| Irene J. Bang | 24-01478 |
| Jacob David Rogers III | 24-01479 |
| Jacob Wolf Doft II | 24-01480 |
| James Leigh Rogers aka Jim Rogers | 24-01481 |
| Jeffrey John Bachmeier | 24-01483 |
| John Joseph Page | 24-01485 |
| John Joseph Polischeck | 24-01487 |
| John Ottolenghi | 24-01490 |
| John William Smolen | 24-01492 |
| Justin Joel Zylick | 24-01494 |
| Kelly Alan Buber | 24-01436 |
| Kevin Hodge | 24-01437 |
| Kevin Jay Wexler | 24-01438 |
| Kira Elizabeth Bazile | 24-01448 |
| Landon Douglas Cassill | 24-02289 |
| Mark Edward Anderson | 24-01451 |
| Mark Emil Gertjegerdes | 24-01452 |
| Mark Richard Fuller | 24-01454 |
| Mark William Andres | 24-01456 |
| Matthew McCall Schorr | 24-01458 |
| Megan D. Anderson | 24-01459 |

| | |
|---|---|
| Michael Coc Conduris | 24-01461 |
| Mike N. Boudet | 24-01463 |
| Miko Yat Sun Tam | 24-01464 |
| Miles W. Wood | 24-01465 |
| Minh Han Lai | 24-01466 |
| Moonlight Capital Inc. | 24-01467 |
| Oliver E. Einstein | 24-01469 |
| Orca Capital DeFi Fund, LP | 24-01470 |
| Orca Capital Fund LP | 24-01472 |
| Orca Capital II Fund LP | 24-01474 |
| Orca Capital III Fund LP | 24-01476 |
| Paul R. Despe | 24-01482 |
| Peter Willys VanNewhyzen | 24-01484 |
| Quinn Daniel Bott | 24-01486 |
| Randy Leroy Hartnell | 24-02292 |
| Richard William Beyer | 24-01488 |
| Robert Donald Burns IV | 24-01489 |
| Robert Redford | 24-01491 |
| Ryan Mitchell Lynch | 24-01493 |
| Salwan Wesam Adjaj | 24-01495 |
| Sami Ibrahim | 24-01496 |
| Sears Richard Taylor III | 24-01497 |
| Simon Michael Lerner | 24-01498 |
| Steven A. Brooks | 24-01499 |
| Steven George Goglanian | 24-01500 |
| Steven Kenneth Lichtman | 24-01501 |
| Thomas R. Johnson | 24-01502 |
| Vincent J. Mineo | 24-02295 |
| Wendy E. Diamond | 24-01503 |
| William George Brumder II | 24-01504 |

*74 Adversary Proceedings

**MCDERMOTT WILL & EMERY LLP**
Darren Azman
Joseph B. Evans
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

**MCDERMOTT WILL & EMERY LLP**
Charles R. Gibbs (admitted pro hac vice)
Grayson Williams (admitted pro hac vice)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098

**MCDERMOTT WILL & EMERY LLP**
Gregg Steinman (admitted pro hac vice)
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131-2184
Telephone: (305) 329-4473
Facsimile: (305) 503-8805

-and-

**ASK LLP**
Marianna Udem
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427

**ASK LLP**
Brigette G. McGrath
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665
Facsimile: (651) 406-9676

*Counsel to Paul R. Hage, as the Plan Administrator for the Voyager Wind-Down Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*:<br><br>VOYAGER DIGITAL HOLDINGS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10943 (MEW)<br><br>(Jointly Administered) |

[1] The Wind-Down Debtor in these chapter 11 cases consists of Voyager Digital Holdings, Inc. (7687), Voyager Digital Ltd. (7224), and Voyager Digital, LLC (8013). The Wind-Down Debtors' service address is 27777 Franklin, Suite 2500, Southfield, MI 48034.

| PAUL R. HAGE, as Plan Administrator for the Voyager Wind-Down Debtor,<br><br>Plaintiff,<br>v.<br><br>Defendants Listed on Exhibit A,<br>Defendants. | Adv. Pro. No. See Exhibit A |
|---|---|

**CERTIFICATE OF SERVICE**

I, Brigette G. McGrath, hereby certify that on July 31, 2024 a copy of the *Notice of Adjournment* was caused to be served via first class mail to those parties listed on the attached service list.

Dated: July 31, 2024
New York, New York

**ASK LLP**

*/s/ Brigette G. McGrath*

Marianna Udem
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
Email: mudem@askllp.com

-and-

Brigette G. McGrath
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665
Facsimile: (651) 406-9676
Email: bmcgrath@askllp.com

*Counsel to Paul R. Hage, as the Plan Administrator for the Voyager Wind-Down Debtor*

# Exhibit “A”

| Company Name | Adversary No. |
|---|---|
| Alex K. Cheung | 24-01439 |
| Alex Spencer Jaffe | 24-01440 |
| Alexander Seth Kassan | 24-01441 |
| Andrew Ross Graves | 24-01442 |
| Anthony J. Moliterno | 24-01443 |
| Aviad Haimi Cohen | 24-01444 |
| Baron Digital Large Cap Fund, LLC | 24-02282 |
| Brent H. Muha | 24-01445 |
| Caleb Solomon Frankel | 24-01446 |
| Charles Robert Gentry | 24-01447 |
| Christopher Andrew Losacco | 24-01449 |
| Christopher James Heyen | 24-01450 |
| Curtis Dwayne Haines | 24-01453 |
| David W. Braden | 24-01455 |
| David William Shoemaker | 24-02286 |
| Dimitry L. Kirsanov | 24-01457 |
| Domenick E. Italiano | 24-01460 |
| Erik D. Braden | 24-01462 |
| George Robert Trosley III | 24-01468 |
| Gerald David Medina | 24-01471 |
| Gheracha Phomsouvanh aka Jay Phomsouvanh | 24-01473 |
| Graham Asher Friedman | 24-01475 |
| Heather Rochelle Rawe | 24-01477 |
| Irene J. Bang | 24-01478 |
| Jacob David Rogers III | 24-01479 |
| Jacob Wolf Doft II | 24-01480 |
| James Leigh Rogers aka Jim Rogers | 24-01481 |
| Jeffrey John Bachmeier | 24-01483 |
| John Joseph Page | 24-01485 |
| John Joseph Polischeck | 24-01487 |
| John Ottolenghi | 24-01490 |
| John William Smolen | 24-01492 |
| Justin Joel Zylick | 24-01494 |
| Kelly Alan Buber | 24-01436 |
| Kevin Hodge | 24-01437 |
| Kevin Jay Wexler | 24-01438 |
| Kira Elizabeth Bazile | 24-01448 |
| Landon Douglas Cassill | 24-02289 |
| Mark Edward Anderson | 24-01451 |
| Mark Emil Gertjegerdes | 24-01452 |
| Mark Richard Fuller | 24-01454 |
| Mark William Andres | 24-01456 |
| Matthew McCall Schorr | 24-01458 |
| Megan D. Anderson | 24-01459 |

| | |
|---|---|
| Michael Coc Conduris | 24-01461 |
| Mike N. Boudet | 24-01463 |
| Miko Yat Sun Tam | 24-01464 |
| Miles W. Wood | 24-01465 |
| Minh Han Lai | 24-01466 |
| Moonlight Capital Inc. | 24-01467 |
| Oliver E. Einstein | 24-01469 |
| Orca Capital DeFi Fund, LP | 24-01470 |
| Orca Capital Fund LP | 24-01472 |
| Orca Capital II Fund LP | 24-01474 |
| Orca Capital III Fund LP | 24-01476 |
| Paul R. Despe | 24-01482 |
| Peter Willys VanNewhyzen | 24-01484 |
| Quinn Daniel Bott | 24-01486 |
| Randy Leroy Hartnell | 24-02292 |
| Richard William Beyer | 24-01488 |
| Robert Donald Burns IV | 24-01489 |
| Robert Redford | 24-01491 |
| Ryan Mitchell Lynch | 24-01493 |
| Salwan Wesam Adjaj | 24-01495 |
| Sami Ibrahim | 24-01496 |
| Sears Richard Taylor III | 24-01497 |
| Simon Michael Lerner | 24-01498 |
| Steven A. Brooks | 24-01499 |
| Steven George Goglanian | 24-01500 |
| Steven Kenneth Lichtman | 24-01501 |
| Thomas R. Johnson | 24-01502 |
| Vincent J. Mineo | 24-02295 |
| Wendy E. Diamond | 24-01503 |
| William George Brumder II | 24-01504 |

*74 Adversary Proceedings

| Case Name | Attention Name | Address Line 1 | Address Line 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Baron Digital Large Cap Fund, LLC | Blake R. Templeton, Officer | 800 Brickell Avenue | Suite 500 | Miami | Florida | 33131 |
| Mark Richard Fuller | Brian J. Koenig, Esq. | 1125 South 103rd Street, Suite 800 | | Omaha | Nebraska | 68124 |
| Landon Douglas Cassill | Douglas T. Tabachnik, Esq. | Woodhull House Suite C | 63 West Main Street | Freehold | New Jersey | 07728 |
| John Ottolenghi | Eric A. Browndorf, Esq. | 1125 Atlantic Avenue | | Atlantic City | New Jersey | 08401 |
| Moonlight Capital Inc. | Frederic Durr, Managing Director | 17 Avenue De La'Annonciade | Flat 2932 | | | 98000 |
| Simon Michael Lerner | Jonathan S. Feldman, Esq. | One Biscayne Tower, Suite 1600 | 2 South Biscayne Boulevard | Miami | Florida | 33131 |
| Peter Willys VanNewhyzen | Massimo Giugliano, Esq. | 1675 Broadway | | New York | New York | 10019 |
| Kevin Jay Wexler | Melissa Guseynov, Esq. | 1185 Avenue of the Americas | Third Floor | New York | New York | 10036 |
| Orca Capital DeFi Fund, LP | Robert C. Folland, Esq. | 4540 PGA Boulevard | Suite 208 | Palm Beach Gardens | Florida | 33418 |
| Orca Capital Fund LP | Robert C. Folland, Esq. | 4540 PGA Boulevard | Suite 208 | Palm Beach Gardens | Florida | 33418 |
| Orca Capital II Fund LP | Robert C. Folland, Esq. | 4540 PGA Boulevard | Suite 208 | Palm Beach Gardens | Florida | 33418 |
| Orca Capital III Fund LP | Robert C. Folland, Esq. | 4540 PGA Boulevard | Suite 208 | Palm Beach Gardens | Florida | 33418 |
| Anthony J. Moliterno | Susan Adler, Esq. | 630 Third Avenue | 18th Avenue | New York | New York | 10017 |
| Mike N. Boudet | Zachary S. McKay, Esq. | 1401 McKinney | Suite 1900 | Houston | Texas | 77010 |
| Alex K. Cheung | | | | | | |
| Alex Spencer Jaffe | | | | | | |
| Alexander Seth Kassan | | | | | | |
| Andrew Ross Graves | | | | | | |
| Aviad Haimi Cohen | | | | | | |
| Brent H. Muha | | | | | | |
| Caleb Solomon Frankel | | | | | | |
| Charles Robert Gentry | | | | | | |
| Christopher Andrew Losacco | | | | | | |
| Christopher James Heyen | | | | | | |
| Curtis Dwayne Haines | | | | | | |
| David W. Braden | | | | | | |
| David William Shoemaker | | | | | | |
| Dimitry L. Kirsanov | | | | | | |
| Domenick E. Italiano | | | | | | |
| Erik D. Braden | | | | | | |
| George Robert Trosley III | | | | | | |
| Gerald David Medina | | | | | | |
| Gheracha Phomsouvanh aka Jay Phomsouvanh | | | | | | |
| Graham Asher Friedman | | | | | | |
| Heather Rochelle Rawe | | | | | | |
| Irene J. Bang | | | | | | |
| Jacob David Rogers III | | | | | | |
| Jacob Wolf Doft II | | | | | | |
| James Leigh Rogers aka Jim Rogers | | | | | | |
| Jeffrey John Bachmeier | | | | | | |
| John Joseph Page | | | | | | |
| John Joseph Polischeck | | | | | | |
| John William Smolen | | | | | | |
| Justin Joel Zylick | | | | | | |
| Kelly Alan Buber | | | | | | |
| Kevin Hodge | | | | | | |
| Kira Elizabeth Bazile | | | | | | |
| Mark Edward Anderson | | | | | | |
| Mark Emil Gertjegerdes | | | | | | |

| Mark William Andres | | | | | | |
|---|---|---|---|---|---|---|
| Matthew McCall Schorr | | | | | | |
| Megan D. Anderson | | | | | | |
| Michael Coc Conduris | | | | | | |
| Miko Yat Sun Tam | | | | | | |
| Miles W. Wood | | | | | | |
| Minh Han Lai | | | | | | |
| Oliver E. Einstein | | | | | | |
| Paul R. Despe | | | | | | |
| Quinn Daniel Bott | | | | | | |
| Randy Leroy Hartnell | | | | | | |
| Richard William Beyer | | | | | | |
| Robert Donald Burns IV | | | | | | |
| Robert Redford | | | | | | |
| Ryan Mitchell Lynch | | | | | | |
| Salwan Wesam Adjaj | | | | | | |
| Sami Ibrahim | | | | | | |
| Sears Richard Taylor III | | | | | | |
| Steven A. Brooks | | | | | | |
| Steven George Goglanian | | | | | | |
| Steven Kenneth Lichtman | | | | | | |
| Thomas R. Johnson | | | | | | |
| Vincent J. Mineo | | | | | | |
| Wendy E. Diamond | | | | | | |
| William George Brumder II | | | | | | |