Robert T. Honeywell
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
Phone: (212) 536-4863
Robert.Honeywell@klgates.com

*Counsel for Defendant David William Shoemaker*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>VOYAGER DIGITAL HOLDINGS, INC., *et al.*,<br><br>                              Debtors.[1] | Chapter 11<br><br>Case No. 22-10943 (MEW)<br><br>(Jointly Administered) |
| PAUL R. HAGE, as Plan Administrator for the Voyager Wind-Down Debtor,<br><br>                              Plaintiff,<br><br>v.<br><br>David William Shoemaker,<br><br>                              Defendant. | **Adv. Pro. No. 24-02286-MEW**<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned counsel, Robert T. Honeywell of K&L Gates LLP, a member of this Court in good standing, respectfully enters his appearance as counsel of record for Defendant David William Shoemaker ("Defendant").

---

[1] The Wind-Down Debtor in these chapter 11 cases consists of Voyager Digital Holdings, Inc. (7687), Voyager Digital Ltd. (7224), and Voyager Digital, LLC (8013). The Wind-Down Debtors' service address is 27777 Franklin, Suite 2500, Southfield, MI 48034.

320984298.1

**NOTICE IS FURTHER GIVEN**, that pursuant Rule 2002 of the Federal Rules of Bankruptcy Procedure, it is requested that all notices given or required to be given in this action, including but not limited to all papers filed and served in this action, be given to and served upon:

K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
Attn: Robert T. Honeywell
Phone: (212) 536-4863
Robert.Honeywell@klgates.com

**NOTICE IS FURTHER GIVEN,** that the foregoing request includes not only notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise.

The filing of this appearance shall not waive any defenses or arguments that may be available to Defendant David William Shoemaker, which are hereby expressly reserved.

Dated: October 30, 2024                **K&L GATES LLP**

/s/ Robert T. Honeywell
Robert T. Honeywell
599 Lexington Avenue
New York, New York 10022
Phone: (212) 536-4863
E-mail: Robert.Honeywell@klgates.com

*Counsel to Defendant David William Shoemaker*

2